UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY J. ENGLISH,<br><br>                    Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                  Defendant. | Case No. C10-5615KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

     Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

     DATED this 2nd day of September, 2010.

                                                      Karen L. Strombom
                                                      United States Magistrate Judge

ORDER - 1