# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEREMY J. ENGLISH

      v.

MICHAEL J. ASTRUE, Commissioner
    of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5615RJB/KLS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

the Court adopts the Report and Recommendation (Dkt. 23)

the ALJ erred in her decision as described in the Report and Recommendation;

the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

    September 26, 2011
Date

    WILLIAM M. McCOOL
Clerk

    *s/CM Gonzalez*
Deputy Clerk